**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Percy Powell Jr., | ) | |
| Evelisse Powell, | ) | No. 23 B 07127 |
| | ) | |
| Debtors. | ) | Judge Janet S. Baer |
| | ) | (Kane County) |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **July 28, 2023, at 11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the **United States Trustee's Motion To Examine Fees Paid To Attorney Pursuant To 11 U.S.C. § 329(b)**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971, and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

*/s/ Jeffrey L. Gansberg*
Jeffrey L. Gansberg, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3327

1

# **CERTIFICATE OF SERVICE**

       I, Jeffrey L. Gansberg, an attorney, certify that on July 14, 2023, I caused to be served copies of this notice, the attached motion, and proposed order on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

                                                        */s/ Jeffrey L. Gansberg*

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- **Peter C Bastianen**     bkpleadingsNORTHERN@il.cslegal.com
- **Kathryn A Klein**     iln@riezmanberger.com, rbadmin@ecf.courtdrive.com
- **Frank J Kokoszka**     trustee@k-jlaw.com, ecf.alert+kokoszka@titlexi.com
- **Patrick S Layng**     USTPRegion11.ES.ECF@usdoj.gov
- **John E Trepel**     johntrepel@yahoo.com, trepel8@att.net

**Parties Served via First Class Mail:**
**(By BMC Group)**

    **Percy Powell, Jr.**
    **Evelisse M. Powell**
    916 Saratoga Parkway
    Sleepy Hollow, IL 60118

    **Attn: Ally Bank Department**
    AIS Portfolio Services, LLC
    Account: XXXXXXXX4966
    4515 N Santa Fe Ave. Dept. APS
    Oklahoma City, OK 73118

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Percy Powell Jr., | ) | |
| Evelisse Powell, | ) | No. 23 B 07127 |
| | ) | |
| Debtors. | ) | Judge Janet S. Baer |
| | ) | (Kane County) |
| | ) | |

**UNITED STATES TRUSTEE'S MOTION TO EXAMINE FEES
PAID TO ATTORNEY PURSUANT TO 11 U.S.C. § 329(b)**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "**U.S. Trustee**"), by and through his attorney, Jeffrey Gansberg, moves this Court, pursuant to 11 U.S.C. § 329 and Rule 2017 of the Federal Rules of Bankruptcy Procedure, to examine the fees paid to attorney John E. Trepel in connection with this case and for other relief. In support of his Motion to Examine Fees Paid to Attorney Pursuant to 11 U.S.C. § 329(b) (the "**Motion**"), the U.S. Trustee respectfully states as follows:

### JURISDICTION

1. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334.

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The matter is a core proceeding which this Court can hear and determine pursuant to 28 U.S.C. § 157(b)(2)(A) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

4. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

## BACKGROUND

5. On September 27, 2022, Percy Powell, Jr. (the "**Debtor**") and Evelisse M. Powell ((the "**Joint Debtor**") and together with the Debtor, the "**Debtors**"), through their attorney, John E. Trepel ("**Debtors' Counsel**"), entered into a bankruptcy retainer agreement (the "**Retainer Agreement**"). A copy of the Retainer Agreement is attached hereto as **Exhibit A**.

6. Approximately seven months later, on May 31, 2023 (the "**Petition Date**"), the Debtors, through Debtors' Counsel, filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "**Petition**"). Dkt. No. 1.

7. On the Petition Date, as required, Debtors' Counsel filed the Retainer Agreement and Rule 2016(b) disclosure (Form 2030) (the "**2016 Disclosure**"). A copy of the 2016 Disclosure is attached hereto as **Exhibit B**.

8. The 2016 Disclosure indicates that Debtors' Counsel charged the Debtors $2,500.00 for his legal services. Debtors' Counsel received the full $2,500.00 prior to filing the petition. *See* Exhibit B. This left no balance due post-petition. *See id.*

9. Although Debtors' Counsel charged the Debtors a $2,500 fee, the Debtor is not entitled to a discharge in this case because he received a Chapter 7 discharge on July 2, 2018, in a case filed on March 29, 2018 (the "**2018 Case**"). A copy of the Notice of Chapter 7 Bankruptcy Case for the 2018 Case is attached hereto as **Exhibit C**, a copy of Debtor's Order of Discharge is attached hereto as **Exhibit D**.[1]

---

[1] Concurrently with this Motion, the U.S. Trustee is filing a Motion to Object to the Discharge of Percy Powell, Jr. because the Debtor received a discharge in a case filed less than eight years before the commencement of the instant case and, therefore, is not eligible for a discharge pursuant to 11 U.S.C. § 727(a)(8). The previous case was not disclosed on the Petition in the current case. Dkt. No. 1 at p. 3.

10. Because the Debtor is not entitled to a discharge, there is a question whether the fees charged by Debtors' Counsel exceed the reasonable value of the services rendered under the circumstances.

**RELIEF REQUESTED**

11. Section 329(b) of the Bankruptcy Code authorizes this Court to examine the fees paid to an attorney in connection with a bankruptcy case and provides that, to the extent the amounts paid exceed the reasonable value of the services rendered, this Court can cancel any agreement between the debtor and counsel and order the return of any excessive payment. In making this determination, the "Court is to be guided by § 330 which sets forth a number of factors that Congress found relevant to an assessment of value of the services." *In re Gage*, 394 B.R. 184, 191 (Bankr. N.D. Ill. 2008).

12. Considering that the Debtors signed the Retainer Agreement approximately seven months prior to the Petition Date, Debtors' Counsel had adequate time to research Debtor's previous discharge.

13. Further, if the Court grants the U.S. Trustee's Motion to Object to Debtors' Discharge, the Debtor will have received little, if any, benefit from this case.

14. Upon the circumstances of this case, the U.S. Trustee requests that this Court set a hearing to examine Debtors' Counsel's fees.

WHEREFORE, the U.S. Trustee respectfully asks the Court to enter an order (i) scheduling a hearing to examine the fees paid to Debtors' Counsel in this case under Rule 2017 and 11 U.S.C. § 329, (ii) directing Debtors' Counsel to appear at that hearing, and (iii) for such other relief as is equitable and just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: July 14, 2023    By:    */s/ Jeffrey L. Gansberg*
Jeffrey Gansberg, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3327